1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE NO. 1:11-CR-00318 AWI
                                     )
12                   Plaintiff,      )  STIPULATION AND
                                     )  ORDER FOR EXTENSION OF TIME TO
13  v.                               )  FILE RESPONSE SET A DATE FOR A
                                     )  REPLY AND CONTINUANCE OF STATUS
14  JAIME VEGA,                      )  CONFERENCE AND MOTIONS
                                     )
15                   Defendants.     )
                                     )
16  _____ )

17      IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

18  United States Attorney and Kimberly A. Sanchez, Assistant U.S.

19  Attorney and Jeremy Kroger, attorney for Jaime Vega, that the time

20  for the government to file its response to the defendant's motion to

21  suppress currently due June 8, 2012 be extended to June 22, 2012;

22  that a date for the defendant's reply to the government's response be

23  set for June 29, 2012; and that the hearing on the motion and status

24  conference currently set for June 18, 2012 be continued to July 2,

25  2012 at 1:30 p.m.  The parties are involved in plea negotiations that

26  have the potential of causing the defendant to withdraw his motion to

27  suppress.  The parties agree that they need additional time to do

28  additional background investigation and finalize plea negotiations.

                                   1

1   The parties further agree that time will be excluded through the

2   Court's ruling on the motions.  Moreover, the parties further request

3   the Court to enter an Order finding that the "ends of justice" served

4   by a continuance outweigh the interest of the public and the

5   defendant in a speedy trial, and that the delay occasioned by such

6   continuance is excluded from the Act's time limits pursuant to 18

7   U.S.C. § 3161(h)(7)(A).

8

9
    Dated: June 8, 2012                Respectfully submitted,
10
                                       BENJAMIN B. WAGNER
11                                     United States Attorney

12
                                   By    /s/ Kimberly A. Sanchez
13                                     KIMBERLY A. SANCHEZ
                                       Assistant U.S. Attorney
14
    Dated: June 8, 2012                /s/ Jeremy Kroger
15                                     JEREMY KROGER
                                       Attorney for the Defendant
16

17

18
    IT IS SO ORDERED.
19

20  Dated:      June 8, 2012        _____
21                                  CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28