BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO. 1:11-CR-00318 AWI |
| )  Plaintiff,    ) | STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL |
| v.    ) | |
| JAIME VEGA,    ) | |
| Defendant.    ) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jeremy Kroger, attorney for Jaime Vega, that the trial set for November 7, 2012 be continued to December 11, 2012 at 8:30 a.m.  The parties request that a motion schedule be ordered providing for the filing of motions in limine by October 29, any responses by November 13, 2012, any replies by November 19, 2012, a trial confirmation and motion hearing be scheduled for November 26, 2012 at 10:00 a.m.  The parties have been in negotiations and engaged in further investigation, but negotiations have reached an impass.  Upon consulting with each other and witnesses, all parties and witnesses are available for the December 11, 2012 trial date.  The parties

agree that the Court should order time excludable through and until December 11, 2012, finding that the ends of justice served by granting such continuance outweigh the best interests of the defendant and the public.

Dated: October 4, 2012            Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                 United States Attorney

                                       By   /s/ Kimberly A. Sanchez
                                                KIMBERLY A. SANCHEZ
                                                Assistant U.S. Attorney

Dated: October 4, 2011            /s/ Jeremy Kroger
                                                JEREMY KROGER
                                                Attorney for Jaime Vega

IT IS SO ORDERED.

Dated:      October 4, 2012                          _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE