DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAIME VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00318 AWI-DLB-1 |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION TO SET CASE FOR CHANGE OF PLEA;  ORDER |
| JAIME VEGA, | ) ) | Date:   December 3, 2012 |
| Defendant. | ) ) | Time:  1:30 p.m. |
| | ) | Dept :  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the matter be set for a change of plea on December 3, 2012, at 1:30 p.m.  This request is made by both parties because the parties anticipate that they will reach a resolution by that date.  The parties request, however, that all other dates, including the trial date, remain as currently scheduled, so that they are in place in the event that these final plea negotiations are not fruitful.

The parties agree that any delay resulting from this schedule change shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

/ / /

/ / /

/ / /

1    BENJAMIN B. WAGNER
     United States Attorney

2

3    DATED: November 29, 2012          By:    /s/ Kimberly A. Sanchez
                                               KIMBERLY A. SANCHEZ
4                                              Assistant United States Attorney
                                               Attorney for Plaintiff
5

6                                              DANIEL J. BRODERICK
                                               Federal Defender
7

8    DATED: November 29, 2012          By:    /s/ Jeremy S. Kroger
                                               JEREMY S. KROGER
9                                              Assistant Federal Defender
                                               Attorneys for Defendant
10                                             Jaime Vega

11

12

13

14   IT IS SO ORDERED.

15   Dated:    November 29, 2012

16                                             UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Vega/Stip to Set
for Change of Plea