Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for JAIME VEGA

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:11-cr-00318 DAD/BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Date: December 10, 2018 |
| JAIME VEGA, | Time: 10:00 a.m. |
| Defendant. | Judge Dale A. Drozd |

Each party by and through their respective counsel stipulate and agree to continue the sentencing hearing currently set for November 19, 2018, at 10:00 a.m., to **December 10, 2018, at 10:00 a.m**., to allow the defendant time to review probation's dispositional memorandum and to prepare and submit a sentencing memorandum and otherwise prepare for the sentencing hearing.

Defendant Vega agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B(i)).

1

**SO STIPULATED.**

Dated: November 15, 2018

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
JAIME VEGA

Dated: November 15, 2018 McGREGOR W. SCOTT
United States Attorney

By: /s/ Kimberly Sanchez
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently set for Monday, November 19, 2018 be continued to Monday, December 10, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **November 15, 2018**

UNITED STATES DISTRICT JUDGE